IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE JUNIOR LEE                                                               PLAINTIFF

VS.                                         CASE NO. 07-CV-1034

JOHN DOE, Pulaski County
Deputy Sheriff; and JOHN DOE,
Pulaski County Intake Officer                                               DEFENDANTS

## ORDER

Now on this 25th day of May, 2007, comes for consideration the Report and Recommendation filed herein on April 30, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 4). Ten (10) days have passed without objections being filed by the Plaintiff. Therefore, the Court hereby adopts *in toto* the Magistrate's findings and recommendations.

Accordingly, the Court finds that the interests of justice will best be served by transferring this matter to the Eastern District of Arkansas. Therefore, the Clerk of the Court is hereby directed to take all necessary steps to have this matter transferred to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge